

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. C. E. Weaver
County Auditor
Nacogdoches County
Nacogdoches, Texas

Dear Sir:

Opinion No. O-153
Re: Payment of premium on bond of
assessor-collector of taxes

This will acknowledge receipt of your letter of February 14, 1939, in which you request the opinion of this Department on whether or not it is the duty of the Commissioners' Court to pay the premium on the bond of the assessor-collector of taxes of Nacogdoches County out of the General Fund of such county.

It is determined that the population of Nacogdoches County is 31,000, according to the last Federal census. It is assumed, therefore, that the assessor-collector of taxes of your county receives a salary as compensation for his services.

Paragraph 1 of Sec. b of Article 3899, Revised Civil Statutes of Texas, 1925, provides in part that:

"Each officer named in this act where he receives a salary as compensation for his services, shall be empowered and permitted to purchase and have charged to his county all reasonable expenses necessary in the proper and legal conduct of his office, premiums on official's bonds. . . .".

Paragraph 2 of Sec. b of Article 3899, provides in part that:

"All such approved claims and accounts shall be paid from the Officer's Salary Fund

unless otherwise provided herein."

There is no other statutory authority for
the payment of such items of expense which consti-
tute the subject of your inquiry and it is, there-
fore, the opinion of this Department and you are
so advised that the premium on the bond of the
assessor-collector of taxes shall be paid in accor-
dance with the terms and provisions of Article 3899,
Revised Civil Statutes of Texas, 1925, out of the
Officer's Salary Fund and not out of the General
Revenue Fund of your county.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By (s) Lloyd Armstrong
Assistant

LA:AW

APPROVED:
GERALD C. MANN
ATTORNEY GENERAL OF TEXAS